# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GERALD E. GROFF,<br><br>    Plaintiff,<br><br>vs.<br><br>LOUIS DEJOY, Postmaster General, United States Postal Service,<br><br>    Defendant. | **Case No. 19-1879-JLS**<br><br>**The Honorable Jeffrey L. Schmehl**<br><br>**NOTICE OF APPEAL** |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff in the above named case hereby appeals to the United States Court of Appeals for the Third Circuit from the April 6, 2021 Order denying Plaintiff's Motion for Partial Summary Judgment and Plaintiff's Motion for Sanctions.

Respectfully submitted this 5th Day of May, 2021.

By: /s/ Randall L. Wenger

DAVID W. CROSSETT
**CORNERSTONE LAW FIRM, LLC**
8500 Allentown Pike, Ste 3
Blandon, PA 19510
(610) 926-7875
(484) 930-0054 Fax
david@cornerstonelaw.us

RANDALL L. WENGER, PA 86537
JEREMY L. SAMEK, PA 205060
**INDEPENDENCE LAW CENTER**
23 North Front St.
Harrisburg, PA 17101
(717) 657-4990
(717) 545-8107 Fax
rwenger@indlawcenter.org
jsamek@indlawcenter.org

ALAN J. REINACH *
**CHURCH STATE COUNCIL**
2686 Townsgate Rd

                                                               Westlake Village, CA 91361
                                                               (805) 413-7398
                                                               (805) 497-7099 Fax
                                                               ajreinach@churchstate.org

*Admitted *Pro Hac Vice*

                                   *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on Wednesday, May 5, 2021, the foregoing was filed electronically and served on the other parties via the court's ECF system.

/s/ Randall L. Wenger
Randall L. Wenger
**INDEPENDENCE LAW CENTER**
23 North Front St.
Harrisburg, PA 17101
rwenger@indlawcenter.org
