# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

January 13, 2023

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Third Circuit
601 Market Street, Room 21400
Philadelphia, PA  19106

    Re:  Gerald E. Groff
          v. Louis DeJoy, Postmaster General
          No. 22-174
          (Your No. 21-1900)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is granted.

Sincerely,

*[signature: Scott S. Harris]*

**Scott S. Harris**, Clerk