# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

July 31, 2023

Clerk
United States Court of Appeals
 for the Third Circuit
21400 United States Courthouse
601 Market Street
Philadelphia, PA 19106-1790

    **Re: Gerald E. Groff**
       **v. DeJoy, Postmaster Gen.**
       **No. 22-174 (Your docket No. 21-1900)**

Dear Clerk:

    Attached please find a certified copy of the judgment of this Court in the above-entitled case.

Sincerely,

SCOTT S. HARRIS, Clerk

By

M. Altner
Assistant Clerk– Judgments

Enc.
cc:    All counsel of record

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

July 31, 2023

Mr. Aaron Michael Streett, Esq.
Baker Botts, L.L.P.
910 Louisiana Street
Houston, TX 77002

Mrs. Elizabeth B. Prelogar, Esq.
Solicitor General
United States Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530-0001

Re: Gerald E. Groff
v. DeJoy, Postmaster Gen.
No. 22-174

Dear Counsel:

Today, a certified copy of the judgment of this Court in the above-entitled case was emailed to the Clerk of the United States Court of Appeals for the Third Circuit.

The petitioner is given recovery of costs in this Court as follows:

| | |
|---|---|
| **Printing of joint appendix:** | **$15,163.25** |
| **Clerk's costs:** | **$300.00** |
| **Total:** | **$15,463.25** |

This amount may be recovered from the respondent.

Sincerely,

SCOTT S. HARRIS, Clerk

By

M. Altner
Assistant Clerk– Judgments

cc: Clerk, 3d Cir.
(Your docket No. 21-1900)

# Supreme Court of the United States

No. 22–174

**GERALD E. GROFF,**

Petitioner

v.

**LOUIS DEJOY, POSTMASTER GENERAL.**

**ON WRIT OF CERTIORARI** to the United States Court of Appeals for the Third Circuit.

**THIS CAUSE** came on to be heard on the transcript of the record from the above court and was argued by counsel.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the judgment of the above court is vacated with costs, and the case is remanded to the United States Court of Appeals for the Third Circuit for further proceedings consistent with the opinion of this Court.

**IT IS FURTHER ORDERED** that the petitioner, Gerald E. Groff, recover from Louis DeJoy, Postmaster General, Fifteen Thousand Four Hundred Sixty-three Dollars and Twenty-five Cents ($15,463.25) for costs herein expended.

June 29, 2023

| | |
|---|---|
| **Printing of joint appendix:** | $15,163.25 |
| **Clerk's costs:** | $300.00 |
| **Total:** | $15,463.25 |

A True copy SCOTT S. HARRIS
Clerk of the Supreme Court of the United States