# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

21-1900

Gerald Groff v. Louis DeJoy

5-19-cv-01879

# O R D E R

The mandate issued on 07/18/23 is hereby recalled in light of the U.S. Supreme Court's decision vacating the judgment of this Court and remanding the matter for further proceedings.

For the Court,


s/ Patricia S. Dodszuweit
Clerk

Date:

cc:
David W. CrossettEsq.
Lauren E. DeBruickerEsq.
Veronica J. FinkelsteinEsq.
David J. HackerEsq.
Alan J. ReinachEsq.
Jeremy L. SamekEsq.
Hiram S. Sasser IIIEsq.
Aaron M. StreettEsq.
Stephanie N. TaubEsq.
Christopher TutunjianEsq.
Randall L. WengerEsq.