UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———————

No. 21-1900

———————

GERALD E. GROFF,
Appellant

v.

LOUIS DEJOY, Postmaster General United States Postal Service

———————

Appeal from United States District Court
for the Eastern District of Pennsylvania
(D.C. No. 5-19-cv-01879)
U.S. District Judge: Honorable Jeffrey L. Schmehl

———————

On Remand from the Supreme Court of the United States

———————

Before: HARDIMAN, SHWARTZ, and FUENTES, Circuit Judges.

ORDER

In accordance with the opinion of the Supreme Court of the United States in this matter, the judgment of the District Court is hereby VACATED and the case is REMANDED for further proceedings.

By the Court,

s/ Patty Shwartz
Circuit Judge

Date: August 1, 2023
CLW/cc: Alan J. Reinach, Esq.
　　　　Jeremy L. Samek, Esq.
　　　　David J. Hacker, Esq.
　　　　Hiram S. Sasser, III, Esq.
　　　　Aaron M. Streett, Esq.
　　　　Stephanie N. Taub, Esq.

Christopher Tutunjian, Esq.
Randall L. Wenger, Esq.
Lauren E. DeBruicker, Esq.
Veronica J. Finkelstein, Esq.